# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2009

Marilyn Kelly,
Chief Justice

138121

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 138121
COA: 277509
Tuscola CC: 06-009907-FC

MAXIMO SANDOVAL, JR.,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 4, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

0420